IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBIN P. B.,

        Plaintiff,

v.                                     Civil Action No. 3:21cv446

KILOLO KIJAKAZI,
        Acting Commissioner of Social Security.

## **FINAL ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge entered on June 30, 2022. (ECF No. 30.) For the reasons stated in the accompanying Opinion, the Court ORDERS as follows:

    1.    The Court OVERRULES the plaintiff's objection to the R&R, (ECF No. 31);

    2.    The Court ACCEPTS and ADOPTS the R&R, (ECF No. 30), as the OPINION of the Court;

    3.    The Court GRANTS IN PART and DENIES IN PART the plaintiff's motion for summary judgment. (ECF No. 23.) The Court GRANTS the plaintiff's motion to the extent it requests remand and DENIES the motion to the extent it requests the Court direct an award of benefits;

    4.    The Court GRANTS the defendant's motion for remand, (ECF No. 26);

    5.    The Court REVERSES the decision of the Commissioner;

    6.    The Court REMANDS this case for further proceedings; and

    7.    The Court DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

2

Date: 28 February 2023
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge

2